IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| STEVENS GOODRICH BERGER, III, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on January 18, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Stevens Goodrich Berger, III's guilty plea after Berger appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of theft of government

1

property in violation of 18 U.S.C. § 641, as set forth in Count II of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I and III - XII of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 34), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Stevens Goodrich Berger, III's motion to change plea (Doc. 19) is GRANTED and Stevens Goodrich Berger, III is adjudged guilty as charged in Count II of the Indictment.

DATED this 3rd day of February, 2017.

Dana L. Christensen, Chief District Judge
United States District Court